IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JOHN DOE,

    Plaintiff,

        v.

JOHN BURLEW,
*in his official capacity*

    Defendant.

No.: 4:24-CV-45-GNS

## DECLARATION OF JOHN DOE

I, ▮▮▮▮▮▮▮▮ proceeding in the above-captioned matter under the pseudonym John Doe and seeking the Court's leave to do so, have reviewed the facts and allegations in the Complaint as they relate to my family members and myself. I attest that these facts and allegations are accurate to the best of my knowledge, information, and belief. I further attest that I am signing this declaration under my legal name, and that an un-redacted copy of this declaration is on file with my attorney.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

▮▮▮▮▮ - 4-18-24

DATE